UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JASON LEBBERES,<br><br>Defendant | Criminal No. 23cr10046<br><br>Violations:<br><br>Count One: Distribution of and Possession with Intent to Distribute More than 50 Grams of Methamphetamine<br>(21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii); 18 U.S.C. § 2)<br><br>Count Two: Transfer of a Firearm to Non-Resident (18 U.S.C. § 922(a)(5))<br><br>Count Three: Transfer of a Machinegun (18 U.S.C. § 922(o))<br><br>Drug Forfeiture Allegation:<br>(21 U.S.C. § 853)<br><br>Firearm Forfeiture Allegation:<br>((18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)) |

INDICTMENT

COUNT ONE
Distribution of and Possession with Intent to Distribute
More than 50 Grams of Methamphetamine; Aiding and Abetting
(21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii); 18 U.S.C. § 2)

The Grand Jury charges:

On or about December 9, 2022, in the District of Massachusetts, and elsewhere, the defendant,

JASON LEBBERES,

did knowingly and intentionally distribute and possess with intent to distribute more than 50 grams of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii), and

## COUNT TWO
Transfer of a Firearm to Non-Resident
(18 U.S.C. § 922(a)(5))

The Grand Jury charges:

On or about December 13, 2022, in the District of Massachusetts, and elsewhere, the defendant,

## JASON LEBBERES,

not being a licensed importer, manufacturer, dealer and collector of firearms, within the meaning of Chapter 44, Title 18, United States Code, transferred, sold, traded, gave, transported and delivered a firearm, that is, a privately manufactured handgun without a serial number, to INDIVIDUAL NO. 1, who was not a licensed importer, manufacturer, dealer and collector of firearms, within the meaning of Chapter 44, Title 18, United States Code, knowing and with reasonable cause to believe that said person did not reside in the state in which the defendant resided at the time of the transfer, sale, trade, giving, transportation, and delivery of the firearm.

All in violation of Title 18, United States Code, Section 922(a)(5).

## COUNT THREE
Transfer of a Machinegun
(18 U.S.C. § 922(o))

The Grand Jury charges:

Between in or about January 13, 2023 and in or about February 3, 2023, in the District of Massachusetts, and elsewhere, the defendant,

JASON LEBBERES,

did knowingly transfer a machinegun, as defined in Title 18, United States Code, Section 921(a)(23) and Title 26, United States Code, Section 5845(b), that is, a machinegun conversion device stamped "GLOCK," a part designed solely and exclusively, and combination of parts designed and intended, for use in converting a weapon into a machinegun.

All in violation of Title 18, United States Code, Section 922(o).

## DRUG FORFEITURE ALLEGATION
## (21 U.S.C. § 853)

1. Upon conviction of the offense in violation of Title 21, United States Code, Section 841, set forth in Count One, the defendant,

## JASON LEBBERES,

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense.

2. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 21, United States Code, Section 853, as a result of any act or omission of the defendant -

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 21, United States Code, Section 853.

## FIREARM FORFEITURE ALLEGATION
(18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c))

The Grand Jury further finds:

3. Upon conviction of one or more of the offenses in violation of Title 18, United States Code, Sections 922(a)(5), (o), set forth in Counts Two and Three, the defendant,

JASON LEBBERES,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in any knowing commission of the offenses. The property to be forfeited includes, but is not limited to, the following:

   a. A privately manufactured handgun without a serial number; and

   b. a privately manufactured Glock switch capable of converting a weapon into a machinegun.

4. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant --

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461.

A TRUE BILL

FOREPERSON

EVAN D. PANICH
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: FEBRUARY 23, 2023
Returned into the District Court by the Grand Jurors and filed.

/s/ Leonardo T. Vieira, signed at 1:54pm
DEPUTY CLERK