UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 23-10046-PBS

UNITED STATES OF AMERICA

v.

JASON LEBBERES

### ORDER PURSUANT TO
### FEDERAL RULE OF CRIMINAL PROCEDURE 5

March 13, 2023

Hennessy, U.S.M.J.

In compliance with the Due Process Protections Act, the Court issues the following Order. Consistent with *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny:

The United States is ordered to disclose all exculpatory information, in a timely manner, to the defendants. This information includes, but is not limited to, evidence that is material and is favorable to any of the defendants. Specific categories of exculpatory evidence that must be provided to the defendants are set out in Local Rule 116.2. The failure to discharge this obligation may result in consequences, including the reversal of any conviction, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, and/or sanctions by the Court.

So Ordered.

/ s / David H. Hennessy
David H. Hennessy
United States Magistrate Judge