UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JASON LEBBERES<br><br>Defendant | Crim. No. 23-10046-PBS |

## JOINT STATUS REPORT

Pursuant to Local Rule 116.5, the parties hereby file the following joint status report prepared in connection with the status conference scheduled for April 24, 2023.

1. <u>Automatic Discovery / Pending Discovery Requests</u>

The Government provided automatic discovery to the defendant on April 6, 2023 and made a subsequent production on April 12, 2023. The government's production of document is substantially complete. The government does not anticipate any further document productions at this time. There are no pending discovery requests.

2. <u>Additional Discovery</u>

The Government will make further and pre-trial disclosures and produce additional documents and information in this case as required by applicable law.

3. <u>Timing of Additional Discovery Requests</u>

The defendant is reviewing discovery in this case and, at this time, the Defendant reserves the need for further discovery requests.

4. <u>Protective Order</u>

There is no protective order in this matter.

5. Pretrial Motions

The defendant has not filed any pretrial motions under Fed. R. Crim. P. 12(b). He reserves the right to do so.

6. Expert Discovery

The parties will confer and propose a timeline for expert disclosures at a later date.

7. Defenses of Insanity, Public Authority, or Alibi

The defendant does not presently intend to assert a defense of insanity, public authority, or alibi.

8. Speedy Trial Act

The Court previously entered orders excluding all time from the date of arraignment to the date of the status conference currently scheduled for April 24, 2023. The parties request that all time from the date of the April 24, 2023 conference to the date of the status conference proposed below, be excluded for purposes of the Speedy Trial Act, under 18 U.S.C. § 3161(h)(7)(A), because the defendant has needed the time, and continues to need the time, to review discovery in this case. The ends of justice served by this exclusion outweigh the interests of the public and the defendant in a speedy trial. The defendant assents to this request.

9. Status of Plea Discussions and Likelihood of Trial

At present, the parties anticipate that a trial will be required in this case and estimate that such a trial would last one week.

10. Next Status Conference

The government requests that the Court schedule a final status conference for a date in June 2023.

Respectfully submitted,

| JASON LEBBERES, | UNITED STATES OF AMERICA, |
|---|---|
| By his attorney, | By its attorney, |
| /s/ *Jessica Thrall*<br>Jessica Thrall<br>Assistant Federal Defender<br>51 Sleeper Street<br>Boston, MA 02210<br>(617) 223-8061 | RACHAEL S. ROLLINS<br>United States Attorney<br><br>/s/ *Evan D. Panich*<br>Evan D. Panich<br>Assistant United States Attorneys<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210<br>(617) 748-3100 |

Dated: April 12, 2023

## **CERTIFICATE OF SERVICE**

      Undersigned counsel certifies that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

      */s/ Evan D. Panich*
      Evan D. Panich
      Assistant United States Attorney

Dated: April 12, 2023