UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO.23-CR-10046-PBS |
| | ) | |
| JASON LEBBERES | ) | |

## MOTION FOR A RULE 11 HEARING

Defendant, Jason Lebberes, by his attorney, reports that he will not be pursuing any Motions to Suppress on the upcoming August 18, 2023, deadline and instead asks that the matter be scheduled for a Rule 11 Hearing.

The parties are reviewing a proposed plea agreement. This may take a few weeks as Defense Counsel is on vacation August 21 – September 7. The Defendant therefore asks that a Rule 11 Hearing be scheduled in late September or early October.

The time between arraignment and the presently scheduled Trial is excludable from operation of the Speedy Trial Act in the interests of justice pursuant to Local Rule 112.2. The filing of this Motion will toll the Speedy Trial Act until ruled upon by the district court. 18 U.S.C. § 3161(h)(1)(D).

Respectfully submitted,

JASON LEBBERES
Respectfully submitted,

*/s/ Jessica Thrall*
Jessica Thrall, B.B.O.: 670412
Assistant Federal Public Defender
Federal Defender Office
51 Sleeper Street, 5th Floor
Boston, MA 02210
Tel: 617-223-8061

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on August 17, 2023.

                                                  */s/ Jessica Thrall*
                                                Jessica Thrall