UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JASON LEBBERES,<br><br>Defendant | Crim. No. 23-10046-PBS |

### GOVERNMENT'S SENTENCING MEMORANDUM

Jason Lebberes sold significant quantities of guns and drugs from his apartment in Tuckahoe, New York. Consequently, he deserves a significant sentence. Per the terms of the parties' plea agreement, the government recommends 121 months incarceration followed by five years supervised release.

### FACTS

In October 2022, a DEA cooperating witness ("CW-1") learned from a relative that Lebberes was a potential source of supply for counterfeit pills. Presentence Report ("PSR") ¶ 9. On October 18, 2022, CW-1 contacted Lebberes through WhatsApp. On this date, Lebberes informed CW-1 of the following:

(1) Lebberes told CW-1 that he distributed sells fake pills, powder fentanyl, and crystal methamphetamine

(2) Lebberes purchases firearms in New Hampshire using fraudulent New Hampshire identification.

*Id.* Using WhatsApp, CW-1 negotiated three shipments of controlled substances that Lebberes sent to an undercover post office box via USPS priority mail. These shipments are discussed below. *Id.* ¶ 10.

*Lebberes Distributed Samples of Controlled Substances on October 21, 2022*

On October 12, 2022, at the direction of investigators, CW-1 sent a WhatsApp message to Lebberes requesting that Lebberes send him a sample of counterfeit Xanax pills and methamphetamine. *Id*. ¶ 11. CW-1 provided Lebberes with a name and address for a post office box at which Lebberes was to send the controlled substances. *Id.* Unbeknownst to Lebberes, law enforcement officers control this post office box. *Id.* The following day, on October 13, 2022, Lebberes indicated that he sent samples of methamphetamine and fentanyl through the United States Postal Service ("USPS"). *Id.*

On October 19, 2022, the samples still had not arrived at the undercover post office box. Accordingly, investigators directed CW-1 to request an additional sample. On October 21, 2022, Lebberes sent a WhatsApp message to CW-1 stating that he sent a second set of samples to the undercover post office box. *Id.* ¶ 12. On October 24, 2022, investigators received a package containing a counterfeit Xanax pill later determined by laboratory analysis to contain clonazolam[1] and a white crystalized substance later determined to be methamphetamine with 98 percent purity. *Id.*

*Lebberes Distributed One-Half Ounce of Methamphetamine and 300 Counterfeit Xanax Pills On November 21, 2022*

On November 17, 2022, CW-1 sent WhatsApp messages to Lebberes requesting 300 counterfeit Xanax pills and 0.5 ounces of methamphetamine. *Id.* ¶ 13. Lebberes agreed to provide these controlled substances to CW-1 for $1,100. *Id.* Lebberes instructed CW-1 to pay him using

---

[1] According to the World Health Organization, "[i]n recent years clonazolam has been increasingly sold as falsified benzodiazepines (commonly as diazepam and alprazolam)." Clinical Review Report: Clonazolam, World Health Organization Expert Committee on Drug Dependence (Oct. 12, 2020) at 5, *available at* https://www.who.int/docs/default-source/controlled-substances/43rd-ecdd/final-clonazolam-a.pdf?sfvrsn=b8b10967_4.

postal money orders. *Id.* When CW-1 asked Lebberes to provide a name and address for the money orders, Lebberes provided an address in his own name, at 50 Columbus Avenue, Apt. 920, Tuckahoe, New York 10707. *Id.* This is the same address at which Lebberes's phone is subscribed. *Id.*

The next day, on November 18, 2022, investigators transmitted two postal money orders totaling $1,100 to Lebberes at the address he provided on the previous day. *Id.* ¶ 14. Records procured by the United States Postal Inspection Service ("USPIS") show that Lebberes negotiated these money orders at the Bronxville, New York post office on November 21, 2022.[2] *Id.*

On November 21, 2022, Lebberes informed CW-1 that he had mailed the controlled substances that CW-1 had agreed to purchase. *Id.* ¶ 15. Lebberes provided CW-1 with a tracking number for the package containing the controlled substances. *Id.* On November 25, 2022, investigators determined that the package had arrived at investigators' undercover post office box. On that date, investigators opened the package, which contained 300 counterfeit Xanax pills and a quantity of crystallized substance. Subsequent laboratory testing determined that the counterfeit Xanax pills contained clonazolam and the crystallized substance was 98 percent methamphetamine. *Id.*

*Lebberes Distributed 113 Grams of Methamphetamine to CW-1 on December 9, 2022 (**Count One**)*

On November 26, 2022, CW-1 sent WhatsApp messages to Lebberes. *Id.* ¶ 16. In this exchange, CW-1 negotiated the purchase of approximately 113.398 grams (one-quarter of a pound) of methamphetamine from Lebberes for $1,500.00. *Id.* Lebberes advised CW-1 to send $1,500.00 in postal money orders to Jason Lebberes, 50 Columbus Avenue, Apt. 920 Tuckahoe,

---

[2] There is no video surveillance available at this post office location.

NY 10707.  *Id.*  Lebberes further advised CW-1 that he would ship the methamphetamine to CW-1 upon receiving the postal money orders.  *Id.*

On November 28, 2022, investigators sent a priority mail package containing postal money orders totaling $1,500 to Lebberes.  *Id.* ¶ 17.  The money orders were payable to Lebberes at 50 Columbus Ave Apt. 920, Tuckahoe, NY 10707.  *Id.*  On the same date, CW-1 sent a WhatsApp message to Lebberes.  *Id.*  In this message, CW-1 provided Lebberes with a photograph of a receipt for this priority mail package.  *Id.*

On December 1, 2022, Lebberes negotiated the postal money orders at a post office in Bronxville, NY.[3]  *Id.* ¶ 18.  On December 9, 2022, investigators learned through USPS business records that someone had shipped a package to the undercover post office box.  *Id.*  The package arrived on December 12, 2022.  *Id.*  On that date, investigators opened this package, discovering 133 grams of a crystal-like substance that subsequent laboratory analysis later confirmed to be methamphetamine with 98 percent purity.  *Id.*  Investigators also recovered five counterfeit Xanax pills, which subsequent laboratory analysis later confirmed to be clonazolam.  *Id.*

*Lebberes Sold a Ghost Gun and Ammunition to CW-1 on December 13, 2022* (**Count Two**)

On December 12, 2022, investigators directed CW-1 to negotiate the purchase of a firearm from Lebberes.  *Id.* ¶ 19.  On that date, CW-1 sent a series of WhatsApp messages to Lebberes, who was using Target Telephone 1.  *Id.*  In these messages, CW-1 commenced negotiations with Lebberes for the purchase of a privately manufactured firearm (commonly known as a "ghost gun").  *Id.*

---

[3] There is no video surveillance available at this post office location.

On December 13, 2022, Lebberes used Target Telephone 1 to offer for sale a firearm and a 50-round box of ammunition to CW-1 for $650. *Id.* ¶ 20. Lebberes indicated that he would ship the firearm in three to four boxes, ostensibly to avoid detection. *Id.* Lebberes further provided instructions for CW-1 to pay Lebberes in Bitcoin. *Id.*

On December 16, 2022, CW-1 advised Lebberes that Lebberes would receive payment in Bitcoin on that date. *Id.* ¶ 21. At approximately 12:00 p.m. on that same date, investigators transferred $650 into Lebberes's Bitcoin account. *Id.* At approximately 2:40 p.m. on that date, Lebberes confirmed payment. *Id.*

On December 20, 2022, Lebberes sent a series of WhatsApp messages to CW-1. *Id.* ¶ 22. In those messages, Lebberes advised CW-1 that he had shipped the firearm and ammunition in two separate packages. *Id.* Lebberes provided tracking information for the two packages to CW-1. *Id.*

On December 22, 2022, the two packages arrived at the undercover mailbox. *Id.* ¶ 23. On December 23, 2022, investigators opened the packages, recovering a handgun and 50 rounds of ammunition. *Id.* The handgun was later test fired by ATF examiners, who determined that it is an operable firearm. *Id.*

*Lebberes Sold an Additional 129 Grams of Methamphetamine to CW-1 on January 13, 2023*

On January 13, 2023, Lebberes sold an additional 129 grams of methamphetamine to CW-1 in the same manner as prior controlled purchases. *Id.* ¶ 24.

*Lebberes Sold a Machinegun to CW-1 on January 18, 2023* **(Count Three)**

On January 13, 2023, Lebberes sent WhatsApp messages to CW-1, asking whether CW-1 wanted to purchase a pistol with a privately manufactured frame, a Glock 26 slide, and a "Glock switch" that toggles the firearm between semi-automatic and automatic firing. *Id.* ¶ 25. The

presence of the switch qualifies the firearm as a machine gun. *See* Internet Arms Trafficking, https://www.atf.gov/our-history/internet-arms-trafficking (May 15, 2020). (describing a Glock switch as "a relatively simple, albeit illegal, device that allows a conventional semi-automatic Glock pistol to function as a fully automatic firearm. The switch is classified as a machine gun under federal law."). *Id.* CW-1 agreed to purchase the firearm for $1,300. On January 18, 2023, agents transferred $1,300 in Bitcoin to Lebberes's account. *Id.*

On January 21, 2023, Lebberes indicated that he had shipped some of the components of the firearm to CW-1, but informed CW-1 that he had "lost" the switch, which would have converted the firearm to an automatic weapon meeting the federal definition of a machinegun.[4] *Id.* ¶ 26. Consequently, Lebberes agreed to have a switch shipped to CW-1 directly from his supplier in China to CW-1. *Id.* Ultimately, Lebberes provided CW-1 with tracking information both for the firearm components that Lebberes sent to CW-1 directly and the switch that Lebberes's Chinese supplier shipped to CW-1. *Id.*

On January 23, 2023, agents recovered the firearm components (less the switch) from the undercover mailbox. *Id.* ¶ 27. On February 3, 2023, agents recovered the switch from undercover mailbox. *Id.*

There is strong evidence that Lebberes understood that the switch itself satisfies the federal definition of a machinegun. *Id.* ¶ 28. As discussed above in footnote 6, the National Firearms Act ("NFA") defines the term "machinegun" under federal law. *Id.* In a WhatsApp exchange on

---

[4] It is the switch itself that actually qualifies as the "machinegun" for purposes of 18 U.S.C. § 922(o). *See* 18 U.S.C. § 921(24) (incorporating by reference definition of "machinegun" in National Firearms Act, 26 U.S.C. § 5845(b), which states that the definition of "machinegun" includes "any part designed and intended solely and exclusively, or combination of parts designed and intended, for use in converting a weapon into a machinegun."

January 21, 2023, Lebberes told CW-1 that he was not planning on ordering extra switches from his source of supply because he did not want them "sittin[g] in [his] house…shits an NFA [National Firearms Act] machinegun charge." *Id.* Accordingly, Lebberes understood he was transferring a machinegun by brokering the sale of a switch. *Id.*

On March 1, 2023, Lebberes was arrested in Scarsdale, New York. *Id.* ¶ 29. On his way to the courthouse, he spontaneously made a number of statements. *Id.* Among these, Lebberes acknowledged that he had brokered the sale of a Glock switch to an individual in Massachusetts. *Id.*

*Search Warrant Execution*

On March 1, 2023, investigators executed a search warrant at Lebberes's residence in Tuckahoe, New York. *Id.* ¶ 30. There, they found more than 25 firearms, including handguns, assault rifles, machine guns, ammunition. *Id.* Investigators also recovered two 3-D printers, one which was actively constructing a handgun frame when the investigators entered the residence. *Id.*

**SENTENCING GUIDELINE CALCULATION**

The parties have agreed to the following guideline calculation for the drug trafficking offenses:

a) Defendant's base offense level is 32 because Defendant is responsible for between 150 and 500 grams of methamphetamine (USSG § 2D1.1(c)(5));

b) Defendant's offense level is increased by 2 because Defendant used a firearm in relation to the offense (USSG § 2D1.1(b)(1)); and

c) Defendant's offense level is decreased by 3 because Defendant has accepted responsibility for Defendant's crimes (USSG § 3E1.1).

Thus, the Total Offense Level is 31.[5]

The parties further agree that the Total Offense Level for the Counts Two and Three is 28, but because all of the counts were part of a common scheme or plan, the counts group under USSG § 3D1.2(b). *See* ECF No. 60 at 2. The government respectfully disagrees with the PSR's conclusion that Counts 1 do not group with Counts 2 and 3. PSR ¶ 35. Lebberes's distribution of drugs and firearms involve the same commercial relationship (*i.e.*, with CW-1) and were all choreographed by investigators as part of the same series of transactions.

## ARGUMENT

**I.   THE NATURE OF THE OFFENSE WARRANTS A SIGNIFICANT TERM OF INCARCERATION.**

The sale of firearms and dangerous drugs is serious conduct. Glock switches, like the one that Lebberes sold to CW-1 turn an ordinary handgun into a machinegun that can fire up to 1,200 bullets per minute.[6] In addition to the Glock switch, Lebberes had a veritable arsenal in his apartment when investigators executed a search warrant there in March 2023. The illegal propagation of deadly weapons – particularly those with the potential to fire many rounds in a short period of time, is a severe offense. The punishment that the Court imposes should be commensurate with the seriousness of this crime.

Lebberes's drug trafficking activity is equally significant. Although historically there have not been a large number of methamphetamine prosecutions in this District, that is no longer the case. While once considered a plague primarily impacting the western United States, New

---

[5] There is an apparent error in the arithmetic in the plea agreement. See ECF No. 60 at 2.

[6] *See* "Massachusetts law enforcement agencies seeing uptick in 'Glock switch' recoveries," https://www.boston25news.com/news/local/suffolk-county/massachusetts-law-enforcement-agencies-seeing-uptick-glock-switch-recoveries/XZZP4DU2VBAKPNGRUNX3WZMJBE/ (Feb. 22, 2023) (quoting ATF Special Agent in Charge)

England and the Commonwealth are now feeling the impacts of methamphetamine addiction.[7] Media reports confirm that methamphetamine usage in Massachusetts has been increasing notably,[8] and the methamphetamine overdose death rate in Massachusetts has increased concomitantly by 129 percent between 2015 and 2019.[9]

The driving force behind this increase in usage and overdose deaths is the shift in manufacture of methamphetamine that has resulted in both increased availability and potency. Over the past 20 years, methamphetamine manufacture has shifted from individuals producing small amounts of methamphetamine in local settings to sophisticated Mexican laboratories, which in turn has led to a dramatic increase in drug purity and an equally significant decrease in cost.[10] In 2019, the DEA seized 55 percent more methamphetamine nationwide (53,079 kilograms) compared to in 2018 (34,270 kilograms).[11] Of the methamphetamine seized in 2019, both purity

---

[7] Drew Karedes, *Methamphetamine posing new emerging threat in New England opioid crisis,* Boston 25 News (Oct. 3, 2019), available at https://www.boston25news.com/news/methamphetamine-use-in-area-presenting-new-challenges-for-new-england/992994155/ (last visited on Sept. 25, 2023).

[8] *See id.*; Felice J. Freyer, *"Meth has taken hold in Massachusetts,"* Boston Globe (Aug. 13, 2019), appearing at https://www.bostonglobe.com/metro/2019/08/13/really-last-thing-need-right-now/pj9C3U4JcI9wTgKlxpJOKI/story.html.

[9] Tracy Velazquez and Lizzie Remrey, *Methamphetamine Use, Overdose Deaths, and Arrests Soared from 2015 to 2019* (Aug. 16, 2022), available at https://www.pewtrusts.org/en/research-and-analysis/articles/2022/08/16/methamphetamine-use-overdose-deaths-and-arrests-soared-from-2015-to-2019 (last visited Sept. 25, 2023).

[10] Felice J. Freyer, *Meth has taken hold in Massachusetts* (Aug. 13, 2019), available at https://www.bostonglobe.com/metro/2019/08/13/really-last-thing-need-right-now/pj9C3U4JcI9wTgKlxpJOKI/story.html (last visited on Sept. 25, 2023); U.S. Drug Enforcement Administration, *2020 National Drug Threat Assessment* (March 2021), available at https://www.dea.gov/sites/default/files/2021-02/DIR-008-21%202020%20National%20Drug%20Threat%20Assessment_WEB.pdf (last visited on Sept. 25, 2023).

[11] U. S. Drug Enforcement Administration, *2020 National Drug Threat Assessment* (March 2021), available at https://www.dea.gov/sites/default/files/2021-02/DIR-008-

and potency had risen to nearly 100 percent.[12]  To localize the issue, methamphetamine seizures increased between 1,700 and 2,900 percent in the decade between 2000 and 2019 in Massachusetts alone.[13]

Even when not lethal, the physical and emotional effects of methamphetamine abuse are dramatic.  Methamphetamine is a tremendously addictive drug, which can cause dramatic physical and emotional changes on those who use it, including increases in aggressive and violent behavior.[14]  The emotional changes are equally devastating:

> [P]eople who use methamphetamine long term may exhibit symptoms that can include significant anxiety, confusion, insomnia, mood disturbances, and violent behavior.  They also may display a number of psychotic features, including paranoia, visual and auditory hallucinations, and delusions (for example, the sensation of insects creeping under the skin).  Psychotic symptoms can sometimes last for months or years after a person has quit using methamphetamine, and stress has been shown to precipitate spontaneous recurrence of methamphetamine psychosis in people who use methamphetamine and have previously experienced psychosis.[15]

---

21%202020%20National%20Drug%20Threat%20Assessment_WEB.pdf (last visited on Sept. 25, 2023).

[12] *Id*.

[13] Matt Murphy, *Massachusetts not ready for rise in cocaine, meth use* (May 5, 2021), available at https://www.masslive.com/news/2021/05/massachusetts-not-ready-for-rise-in-cocaine-meth-use.html (last visited on Sept. 25, 2023).

[14] Mark A. R. Kleiman, Jonathan P. Caulkins, and Angela Hawken, *Drugs and Drug Policy: What Everyone Needs to Know* 120 (Oxford University Press 2011) ("There is . . . a much stronger association between violence and regular methamphetamine use.  Heavy use of methamphetamine increases the likelihood of attack behaviors and aggression, with the most compelling evidence coming from laboratory studies involving mice.").

[15] National Institute on Drug Abuse, *What are the long-term effects of methamphetamine abuse?* (Jan. 12, 2022), available at https://nida.nih.gov/publications/research-reports/methamphetamine/what-are-long-term-effects-methamphetamine-misuse (last visited on Nov. 9, 2023).

II. **A SIGNIFICANT SENTENCE OF INCARCERATION IS NECESSARY TO DETER FUTURE CONDUCT OF THIS NATURE.**

The Court needs to specifically and generally deter this conduct. Although this may be Lebberes's first trip through the federal criminal justice system, the nature of his conduct suggests that it was methodical and prolonged. Lebberes was easily able to obtain the items that CW-1 requested, suggesting he had previously established means of supply. He had a 3D printer in his apartment that was used to generate firearms. He had a cache of firearms that were likely meant for redistribution. And he had significant knowledge concerning the applicable law governing automatic weapons. He knew what he was doing was wrong and he did it anyway. He needs to be deterred.

A significant term of incarceration is also necessary for general deterrence purposes. The proliferation of privately manufactured weapons and machinegun conversion devices has hit a fever pitch.[16] Significant prison time is necessary to deter all those who (all too easily) obtain and manufacture dangerous weapons.

---

[16] *See* Victoria Sheber, *Ghost Guns: What Prosecutors Should Do to Combat the New Frontier of Untraceable Violence*, 59 Am. Crim. L. Rev. Online 55, 60 (2022) (discussing rise of "ghost guns").

11

## CONCLUSION

The government respectfully recommends that the Court impose a term of imprisonment of 121 months and five years' supervised release.

>
> Respectfully submitted,
>
> JOSHUA S. LEVY
> Acting United States Attorney
>
> By:   /s/ Evan D. Panich
>       EVAN D. PANICH
>       Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify this document was provided to counsel for the defendant and the U.S. Probation Office by email.

/s/ Evan D. Panich
EVAN D. PANICH
Assistant United States Attorney

Date: January 10, 2024